UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                         :
                                               :
BRENDA E. MARSHALL,                            :    Case No. 14-1-8454-LSS
                                               :    Chapter 13
                         Debtor(s).            :
                                               :

## NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,539.93 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $1,539.93 | Brenda E. Marshall<br>4679<br>N/A | 11901 Birchview Drive<br>Clinton, MD  20735 |

Respectfully submitted,

December 19, 2016

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708